```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 11441
    LAURA WILLIAMS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3810

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 09/13/2006 and was confirmed 12/14/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

    The case was dismissed after confirmation 09/04/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CITIMORTGAGE INC         CURRENT MORTG       .00           .00           .00
CITIMORTGAGE INC         MORTGAGE ARRE    2808.84          .00        2719.47
AMERICAN GENERAL FINANCE CURRENT MORTG       .00           .00           .00
AMERICAN GENERAL FINANCE MORTGAGE ARRE    506.00           .00         489.90
AMERICAN GENERAL FINANCE SECURED           70.00           .00          70.00
AMERICAN GENERAL FINANCE UNSECURED       1332.38           .00           .00
GMAC                     SECURED VEHIC  10589.75       1369.51        4530.49
GMAC                     UNSECURED      NOT FILED          .00           .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED          .00           .00
CAPITAL ONE              UNSECURED        993.94           .00           .00
AT & T WIRELESS          UNSECURED      NOT FILED          .00           .00
COMCAST                  UNSECURED      NOT FILED          .00           .00
CREDIT FIRST NA          UNSECURED         39.20           .00           .00
ECAST SETTLEMENT CORP    UNSECURED       7984.97           .00           .00
ECAST SETTLEMENT CORP    UNSECURED       5328.63           .00           .00
GE MONEY/JC PENNY        UNSECURED        911.33           .00           .00
ECAST SETTLEMENT CORP    UNSECURED        548.33           .00           .00
JAMES M PHILBRICK        COST OF COLLE    500.00           .00         500.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     1,584.00                    1,584.00
TOM VAUGHN               TRUSTEE                                       811.63
DEBTOR REFUND            REFUND                                        525.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE            12,600.00

PRIORITY                                          .00
SECURED                                      8,309.86
    INTEREST                                 1,369.51
UNSECURED                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 11441 LAURA WILLIAMS
```

```
ADMINISTRATIVE                                              1,584.00
TRUSTEE COMPENSATION                                          811.63
DEBTOR REFUND                                                 525.00
                                       ---------------    ---------------
TOTALS                                      12,600.00         12,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/22/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                       PAGE   2
         CASE NO. 06 B 11441 LAURA WILLIAMS